**MORGAN & MORGAN, CALIFORNIA, LLP**
DARREN C. ANTONY, State Bar No. 322464
    *dantony@forthepeople.com*
18100 Von Karman Avenue
Irvine, CA 92612
Telephone: (213) 757-6059
Facsimile: (213) 757-6159

Attorney for Plaintiff Christine Jane Demetrius

**SNYDER BURNETT EGERER, LLP**
**Stacey Walker (SB# 311108)**
**Mollyanne Wincek (SB# 326042)**
3757 State Street, Suite 2A
Santa Barbara, California 93105
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
swalker@sbelaw.com
mwincek@sbelaw.com

Attorneys for Defendants NABEM, LLC dba GREEN TRANSPORTATION and TREVON WATERS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHRISTINE JANE DEMETRIUS, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>TREVON WATERS, an individual; NABEM, LLC dba GREEN TRANSPORTATION; and DOES 1 through 50, inclusive;<br><br>    Defendants. | Case No.: 2:25-cv-01856-MAA<br><br>Assigned To: Judge Maria A. Audero<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

    After due consideration of the Stipulation of the parties, the pleadings on file, and good cause appearing therefor,

///

-1-

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL**

**IT IS HEREBY ORDERED THAT:**

This Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear their own costs and attorneys' fees.

Dated: ___January 29,___ 2026      _____

Honorable Maria A. Audero,
U.S. Magistrate Judge

-2-

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL**